UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

QIAN XIONG LIN, and
HANG QI LIN,
*On their own behalf and on behalf of others similarly situated,*

                    Plaintiffs,

-against-

DJ'S INTERNATIONAL BUFFET INC.,
DING CHEN, and DAVID LIANG,

                    Defendants.
-----------------------------------------------------------------X

Case No.: 17cv4994(JS)(AYS)

**PLAINTIFF QIAN XIONG LIN'S ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT PURSUANT TO F.R.C.P. RULE 68**

PLEASE TAKE NOTICE THAT, Plaintiff Qian Xiong Lin, hereby accepts the Offer of Judgment extended by Defendants on or about January 4, 2023, in the amount of $25,000.00.

Dated: January 6, 2023

                                                          */s/ Qian Xiong Lin*
                                                          Qian Xiong Lin