```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
HANG QI LIN,

            Plaintiff,

    -against-

DJ'S INTERNATIONAL BUFFET, INC.;
DING CHEN; and DAVID LIANG a/k/a
DAVID LIAN,

            Defendants.
------------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 17 2023 ★

LONG ISLAND OFFICE

VERDICT SHEET
17-CV-4994(JS)(AYS)

**Instructions: You must read each question below carefully and answer all of the questions including all subparts of each question. Your decision on each question or subpart must be unanimous.**

Question 1.  Do you find that Defendant David Liang a/k/a David Lian was Plaintiff's employer?

YES  ✗        NO  ____

Question 1(a).  If you answered "YES" to Question 1, on which dates do you find that Plaintiff was employed by David Liang?

FROM  (Jan) 01/2011        TO  12-01-2014

Question 2.  On which dates do you find that Plaintiff was employed by Defendants DJ's International Buffet and Ding Chen?

FROM  01/2011        TO  12-01-2014

If you found that Plaintiff <u>was not</u> employed by any Defendants <u>on or after July 5, 2013</u>, please skip all remaining questions, have the foreperson sign and date this verdict sheet, and advise the Court by note that you have reached a verdict.

If you found that Plaintiff <u>was</u> employed by any Defendants <u>on or after July 5, 2013</u>, please proceed to Question 3.

[Remainder of page left intentionally blank.]



COURT EXHIBIT
8
17-cv-4994

Question 3.  Do you find that Plaintiff was not paid minimum wages on at least one occasion <u>on or after</u> July 5, 2013?

            YES  ✗    NO  _____

If you answered "NO," please proceed to Question 4.

If you answered "YES," please calculate the amount of minimum wages to which you believe Plaintiff is entitled, according to the chart below, for the following time periods.

| Time Period | Applicable Minimum Wage Rate | Hours Plaintiff Worked | Total Amount Due (Minimum Wage x Number of Hours Plaintiff Worked Each Week x Number of Weeks) | Total Amount Plaintiff Received (Amount Plaintiff was paid each Week, Excluding Tips x Number of Weeks) | Damages (Total Amount Due - Total Amount Plaintiff Received) |
|---|---|---|---|---|---|
| July 5, 2013 through December 31, 2013 | $7.25 | 59.5 (per week) | $11,215.75 | 0 | $11,215.75 |
| December 31, 2013 through December 31, 2014 | $8.00 | 59.5 (per week) | $22,848 | 0 | $22,848 |

Question 4.  Do you find that Plaintiff was not paid overtime wages on at least one occasion <u>on or after</u> July 5, 2013?

            YES  ✗    NO  _____

If you answered "NO," please proceed to Question 5.

If you answered "YES," please calculate the amount of overtime compensation to which you believe Plaintiff is entitled, according to the chart below, for the following time periods:

2

| Time Period | Overtime Pay<br>To calculate the overtime pay due, take the regular rate (as defined by the jury instructions) or the applicable minimum hourly wage, whichever is higher, and multiply that by 1.5; multiply that number by the number of hours above 40 worked each week. |
|---|---|
| July 5, 2013 through December 31, 2013 | $5,513.63 |
| December 31, 2013 through December 31, 2014 | $11,232 |

Question 5. Please calculate the amount of "spread of hours" compensation to which you believe Plaintiff is entitled according to the chart below.

| Time Period | Number of Days Plaintiff was not Paid "Spread of Hours" | Applicable Minimum Wage | "Spread of Hours" Damages<br>(Number of days Plaintiff was not paid "spread of hours" x applicable minimum wage rate) |
|---|---|---|---|
| July 5, 2013 through December 31, 2013 | 129 | $7.25 | $935.25 |
| December 31, 2013 through December 31, 2014 | 240 | $8.00 | $1,920. |

[Remainder of page left intentionally blank.]

3

<u>Question 6.</u>   Did Plaintiff prove, by a preponderance of the evidence, that he was not provided proper wage statements (a/k/a pay stubs)?

                                        YES  **X**          NO  _____

    <u>Question 6(a).</u>   If you answered "YES" to Question 3, please indicate the number of weeks, <u>after July 5, 2013</u>, that Plaintiff was not provided such statements.

                                        TOTAL WEEKS  **74**

<u>Question 7.</u>   Answer Question 7 only if you find that Plaintiff was employed by Defendants <u>on or after</u> January 1, 2014.

Did Plaintiff prove, by a preponderance of the evidence, that he was not provided with the required wage notice <u>on or before</u> February 1, 2014?

                                        YES  **X**          NO  _____

<u>Question 8.</u>   Answer 8 Question only if you have found that Plaintiff did not receive all wages (<u>i.e.</u>, minimum wages, overtime pay, or "spread of hours" pay) to which he is entitled.

Did Defendants prove, by a preponderance of the evidence, that they had a good faith basis to believe any underpayment of wages to Plaintiff was in compliance with the law?

                                        YES  _____          NO  **X**

    <u>Question 8(a).</u>   If you answered "YES" to Question 8, please indicate which payments were not made to Plaintiff because Defendants had a good faith basis to believe such underpayments were in compliance with the law:

                                      Minimum Wages _____

                            Overtime Compensation _____

                                    Spread of Hours _____

4

Foreperson, please sign and date this Verdict Sheet and advise the Court by note that you have reached a verdict.

Dated:   January 17, 2023
         Central Islip, NY

*Natalia de Cuba*
FOREPERSON

5